# Order

Michigan Supreme Court
Lansing, Michigan

July 25, 2018

Stephen J. Markman,
Chief Justice

157097(50)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

FAYTREON ONEE WEST,
       Plaintiff-Appellant,

v

CITY OF DETROIT,
       Defendant-Appellee.
_____/

SC: 157097
COA: 335190
Wayne CC: 15-005357-NO

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before August 17, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2018



Clerk